```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 20634
    MICHAEL E MINOR
    KAREN J MINOR                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK
            Debtor
    SSN XXX-XX-0993      SSN XXX-XX-1228


-------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 11/05/07 and confirmed on 03/13/08.

    2.   The case was dismissed after confirmation, 12/12/2008.

    3.   The Debtor paid a total of $   5600.00 .

    4.   The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                              PAID             PAID
-------------------------------------------------------------------------------
AMERICAS SERVICING CO     CURRENT MORTG          .00              .00              .00
AMERICAS SERVICING CO     MORTGAGE ARRE       363.03              .00           363.03
EMC MORTGAGE              SECURED                .00              .00              .00
EMC MORTGAGE              MORTGAGE ARRE      3465.00              .00            62.17
CONSUMER PORTFOLIO SERVI  UNSECURED         10858.86              .00              .00
JOLIET FURNITURE MART     UNSECURED         NOT FILED             .00              .00
INTERNAL REVENUE SERVICE  PRIORITY           8204.33              .00              .00
INTERNAL REVENUE SERVICE  UNSECURED          4637.84              .00              .00
US DEPT OF EDUCATION      UNSECURED         NOT FILED             .00              .00
NICOR GAS                 UNSECURED           997.30              .00              .00
JOLIET FURNITURE MART     SECURED            2350.00              .00          2350.00
JOLIET FURNITURE MART     UNSECURED          1579.06              .00              .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           137.12              .00              .00
PREMIER BANKCARD/CHARTER  UNSECURED           414.08              .00              .00
ILLINOIS DEPT REVENUE     PRIORITY           2213.85              .00              .00
ILLINOIS DEPT REVENUE     UNSECURED           425.56              .00              .00
            Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER         TOTAL

TOTAL CLMS ALLOWED 6178.03     10418.18     19049.82         .00      35646.03
PRINCIPAL PAID     2775.20          .00          .00         .00       2775.20
INTEREST PAID           .00         .00          .00         .00            .00
TOTAL PAID         2775.20          .00          .00         .00       2775.20
The Debtor's attorney, JOSEPH WROBEL ESQ                , was allowed $   3500.00
and was paid $   1000.00   direct and $   2500.00   through the plan.

The Trustee received $    324.80 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/12/09                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE




PAGE   2
CASE NO. 07 B 20634 MICHAEL E MINOR & KAREN J MINOR